114 F.3d 1193w
 NOTICE: Ninth Circuit Rule 36-3 provides that dispositions other than opinions or orders designated for publication are not precedential and should not be cited except when relevant under the doctrines of law of the case, res judicata, or collateral estoppel.
Antonio R. CARRILLO; Janet E. Carrillo, Plaintiffs-Appellants,
v.
Linda J. BLESSING; State of Arizona, Dept. of Economic
Security, Division of Children and Family Services,
Administration for Children, Youth and Families, Child
Protective Services; Mary Ault, individually and as
Director of the State of Arizona Division of Children and
Family Services, Child Protective Services; Flora
Sotomayer, individually and as Acting Program Administrator
for Child Protective Services; Francisco Aguirre,
individually and as managing case supervisor for Child
Protective Services; Juan Coss, individually and as
managing case supervisor for Child Protective Services;
Robert Cox; John Higgins, Kay Butera, individually and as
social case workers for Child Protective Services,
Defendants-Appellees.
 No. 96-15814.
 United States Court of Appeals, Ninth Circuit.
 Submitted May 19, 1997.*
Decided May 21, 1997.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION